UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

MAY 22 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

PERCY LAVAE BACON,

                Plaintiff-Appellant,

  v.

JAMES COX, Director; et al.,

                Defendants-Appellees.

No.   18-15359

D.C. No.
2:17-cv-01744-RFB-GWF
District of Nevada,
Las Vegas

ORDER

Before: THOMAS, Chief Judge, W. FLETCHER and CALLAHAN, Circuit
Judges.

     This court has reviewed the notice of appeal filed February 23, 2018 in the
above-referenced district court docket pursuant to the pre-filing review order
entered in docket No. 11-80155. Because the appeal is so insubstantial as to not
warrant further review, it shall not be permitted to proceed. *See In re Thomas*, 508
F.3d 1225 (9th Cir. 2007). Appeal No. 18-15359 is therefore dismissed.

     This order, served on the district court for the District of Nevada, shall
constitute the mandate of this court.

     No motions for reconsideration, rehearing, clarification, stay of the mandate,
or any other submissions regarding this order shall be filed or entertained.

     **DISMISSED.**

DA/Pro Se